IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. RICKARD DENNIS ANDERSON,

   Plaintiff,      No. 2:08-cv-2690-JFM (PC)

 vs.

FIRE MARSHALL, et al.,

   Defendants.    <u>ORDER</u>

_____/

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on November 10, 2008. On November 18, 2008, plaintiff filed a signed consent to have a United States Magistrate Judge conduct all proceedings in this case. <u>See</u> 28 U.S.C. 636(c). No other parties have appeared in the action nor, for the reasons set forth in this order, will the court order service of process on any defendant.

   By an order filed January 14, 2009, plaintiff was ordered to file within thirty days a complete in forma pauperis application together with a certified copy of plaintiff's prison trust account statement for the thirty day period immediately preceding the filing of the complaint and was cautioned that failure to do so would result in a recommendation that this action be

/////

1

1  dismissed without prejudice.[1]  The thirty day period has now expired, and plaintiff has not
2  responded to the court's order and has not filed the complete in forma pauperis application or the
3  trust account statement.
4        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
5  prejudice.  See Fed. R. Civ. P. 41(b); see also Local Rule 11-110.
6  DATED: February 19, 2009.

                      UNITED STATES MAGISTRATE JUDGE

10  /ande2690.dm

---

[1] In view of plaintiff's signed consent to proceed before a United States Magistrate Judge, this court will order, rather than recommend, dismissal of the action.

2